IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE ACTION FOR AMERICA,<br><br>    *Plaintiff*,<br>  v.<br><br>FEDERAL ELECTION COMMISSION,<br>*et al.*,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-01422 (CJN) |

**PLAINTIFF'S NOTICE OF ADDITIONAL EVIDENCE OF THE FEDERAL ELECTION COMMISSION'S BAD FAITH AND IMPROPER BEHAVIOR**

Plaintiff Heritage Action for America (Heritage Action) respectfully notifies the Court that on September 30, 2022, the Federal Election Commission (FEC or Commission) made public the files in several Matters Under Review (MUR) that were subject to the concealment policy challenged in this case. The MURs made public on Friday include 6589R (American Action Network); 6915 and 6927 (Jeb Bush); 7427, 7497, 7524, and 7553 (National Rifle Association of America Political Victory Fund, et al.); 7558, 7560, and 7621 (Donald J. Trump MAGA PAC, et al.); 7486 (45Committee, Inc.); 7654 and 7660 (America First Action); 7672, 7674, and 7732 (Iowa Values). *Available at* https://www.fec.gov/data/legal/search/enforcement/.

At the same time, Commissioner Ellen L. Weintraub provided additional evidence of the Commission's bad faith and improper behavior by proudly confirming via tweets that she and her colleagues caused these matters to be victims of the concealment policy and that the Commission has not abandoned its policy of concealing its actions to trigger citizen suits. *See* Exhibit A (compiling six verified tweets from Commissioner Weintraub's @EllenLWeintraub account).

Specifically, Commissioner Weintraub confirmed that she and other Commissioners had been willfully concealing the Commission's votes and statements of reasons in these matters "over the past few years to keep these matters alive in the face of obstructionist colleagues." Ex. A.

She further confirmed that the Commission took these actions in defiance of the D.C. Circuit's "bad caselaw," Ex. A, for the purpose of triggering citizen suits: "These efforts involved a [*sic*] activating a previously unused, alternative enforcement path that Congress wrote into our governing statute." Ex. A. "This path allows those who file complaints to sue those they allege have violated the law when @FEC fails to act." Ex. A.

Commissioner Weintraub proudly announced that her "strategy was working" because Campaign Legal Center has filed multiple citizen suits based on the false premise that the Commission had allegedly failed to act. Ex. A. She argues that the Commission's public release of the MUR files "should not affect those existing lawsuits—the dismissals have not cured the injury that allowed those suits to proceed." Ex. A.

Commissioner Weintraub also confirmed that the Commission has not abandoned its policy of concealing its votes and statements of reasons: "I make zero apologies for using every tool I can find to get the law enforced." Ex. A. Plainly, the Commission has not abandoned using this "alternative enforcement path" in the future to conceal votes and statements of reasons for the purpose of triggering citizen suits "to get the law enforced" when Commissioner Weintraub is unable to persuade three other Commissioners to take enforcement action. Ex. A.

Dated:  October 3, 2022                               Respectfully submitted,

                                                      */s/ Brett A. Shumate*
                                                      Brett A. Shumate
                                                         (D.C. Bar No. 974673)
                                                      E. Stewart Crosland
                                                         (D.C. Bar No. 1005353)
                                                      Brinton Lucas
                                                         (D.C. Bar No. 1015185)
                                                      Stephen J. Kenny
                                                         (D.C. Bar No. 1027711)
                                                      JONES DAY
                                                      51 Louisiana Avenue, N.W.
                                                      Washington, D.C. 20001
                                                      Telephone:  (202) 879-3939
                                                      Facsimile:  (202) 626-1700

                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to all registered participants of the CM/ECF System, which will serve all counsel of record.

/s/ *Brett A. Shumate*
Brett A. Shumate