UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE ACTION FOR AMERICA, *Plaintiff*, v. FEDERAL ELECTION COMMISSION, et al., *Defendants*. | Civil Action No. 1:22-cv-01422 (CJN) |

**ORDER**

This matter is before the Court on Defendants' First Motion to Dismiss, ECF No. 17, Plaintiff's Cross-Motion for Summary Judgment, ECF No. 20, Plaintiff's Motion for Discovery, ECF No. 29, Plaintiff's Motion to Expedite Consideration of Discovery Motion, ECF No. 32, Plaintiff's Motion for Hearing, ECF No. 33, and Defendants' Second Motion to Dismiss, ECF No. 39. For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 20, is **GRANTED**; and it is further

**ORDERED** that Defendants' First Motion to Dismiss, ECF No. 17, and Second Motion to Dismiss, ECF No. 39, are **DENIED**; it is further

**ORDERED** that Plaintiff's Motion for Discovery, ECF No. 29, Plaintiff's Motion to Expedite Consideration of Discovery Motion, ECF No. 32, Plaintiff's Motion for Hearing, ECF No. 33, are **DENIED as MOOT**; and it is further

**ORDERED** that summary judgment be entered in favor of Plaintiff Heritage Action for America.

1

This is a final appealable order.

DATE: July 17, 2023

*[signature: Carl J. Nichols]*

CARL J. NICHOLS
United States District Judge